UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                                                )
In re:                                                          )         Chapter 11
   MICHAEL J. RYAN  and                                          )         Case No. 09-15522
   MARGARET A. FALLON                                            )
                                                    Debtors    )
_____ )

## MOTION FOR AUTHORITY TO EMPLOY
## KENNETH D. QUAT AS SPECIAL COUNSEL

Michael J. Ryan and Margaret A. Fallon, debtors in possession in the above-captioned case ("Debtors"), pursuant to 11 U.S.C. §327(a), Fed.R.Bankr.P. 2014(a), and MLBR 2014-1, hereby request authority to employ Kenneth D. Quat ("Special Counsel") as their special counsel for services rendered and to be rendered during this case in connection with a certain action that has been brought by the Debtors. In support of this Motion, the Debtors state as follows:

1. On September 22, 2008, the Debtors *pro se* filed a complaint against Washington Mutual Bank, N.A. in the United States District Court for the District of Massachusetts seeking rescission of a residential mortgage and other relief due to alleged violations of federal and state truth-in-lending statutes (the "Lawsuit").

2. On December 23, 2008, Special Counsel filed an appearance for the Debtors in the Lawsuit, as well as a first amended complaint.

3. On June 15, 2009, the Debtors filed a petition with this Court under chapter 11 of the Bankruptcy Code.

4. The Debtors have consulted and worked with Special Counsel in prosecuting the Lawsuit and believe that he has the resources and expertise and is otherwise best suited to represent them in

the Lawsuit. Upon Special Counsel's involvement in the Lawsuit, the Debtors and Special Counsel executed a contingency fee agreement providing for payment of his fees. A copy of the agreement is included herewith as Exhibit A.

5. Special Counsel is a disinterested person who does not have, or represent, any interest adverse to the Debtors according to his Verified Statement of Professional Person included herewith as Exhibit B.

WHEREFORE, Michael J. Ryan and Margaret A. Fallon request authorization to employ Kenneth D. Quat as Special Counsel as aforesaid, and such other and further relief as justice may require.

Respectfully submitted,

MICHAEL J. RYAN and
MARGARET A. FALLON

By their counsel,

*/s/John F. Davis* (BBO 547230)
900 Cummings Center, Ste. 207T
Beverly MA 01915
Tel. (978)232-9640
Fax (978)922-6464
E-mail: john@jfdesq.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                                            )
In re:                                                )      Chapter 11
    MICHAEL J. RYAN  and                       )      Case No. 09-15522
    MARGARET A. FALLON                   )
                                   Debtors    )
_____  )

CERTIFICATE OF SERVICE

I, John F. Davis, hereby certify that I have served a true and correct copy of the within

**MOTION FOR AUTHORITY TO EMPLOY
KENNETH D. QUAT AS SPECIAL COUNSEL**

electronically pursuant to MEFR 9 on all those registered with ECF for this case, including but not limited to the following:

Office of the United States Trustee

**SERVICE DATE: 12/16/09**

                                                  */s/ John F. Davis*
                                                  John F. Davis (BBO 547230)
                                                  900 Cummings Center, Ste. 207T
                                                  Beverly MA 01915
                                                  Tel. (978)232-9640
                                                  Fax (978)922-6464
                                                  E-mail: john@jfdesq.com